

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00319-CV

———————————————

COMPASS FRACTURING SERVICES, LLC, Appellant

V.

FREEMYER INDUSTRIAL PRESSURE, LP, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-272000-14

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Unopposed Motion to Dismiss Appeal Pursuant to Settlement." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 31, 2019